No. 73–615. PRUDHOMME *v.* AL JOHNSON CONSTRUCTION Co.-MASSMAN CONSTRUCTION Co. ET AL. C. A. 5th

914

Cir. Certiorari denied.

No. 73–616. Makris *v.* United States. C. A. 5th Cir. Certiorari denied.